

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of California

IN RE:                                                                Case No. _____

**BR Enterprises, A California Partnership**                          Chapter **11**
                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Redding Bank Of Commerce** 1951 Churn Creek Road Redding, CA  96002 | | | Contingent Unliquidated Disputed *Not* | 2,600,000.00 Collateral: 3,437,466.00 Unsecured: 980,549.00 |
| **Antonio Rodriguez III** 310 Hamilton Street Redding, CA  96001 | | | | 125,000.00 |
| **Tehama County Dept Of Agriculture Weights & Measures Division** P.O. Box 38 Red Bluff, CA  96080 | | | Unliquidated | 262.00 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **February 27, 2015**         Signature:  _____/s/_____

                                    **Antonio Rodriguez, III, Managing Partner**
                                    (Print Name and Title)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

1

Printed on: Friday, February 27, 2015 - 2:34PM

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
# Eastern District of California

IN RE:                                                                     Case No. _____

BR Enterprises, A California Partnership                                   Chapter 11
_____Debtor(s)_____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 (or chapter 9) case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Redding Bank Of Commerce<br>1951 Churn Creek Road<br>Redding, CA 96002 | | | Contingent<br>Unliquidated<br>Disputed | 2,600,000.00<br>Collateral:<br>3,437,466.00<br>Unsecured:<br>990,549.00 |
| Antonio Rodriguez III<br>310 Hamilton Street<br>Redding, CA 96001 | | | | 125,000.00 |
| Tehama County Dept Of Agriculture<br>Weights & Measures Division<br>P.O. Box 38<br>Red Bluff, CA 96080 | | | Unliquidated | 262.00 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation][or a member or an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: February 27, 2015     Signature: _____

Antonio Rodriguez, III, Managing Partner
_____
(Print Name and Title)